\*\*E-Filed 12/03/10\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DORIS P. LAGASCA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration,<br><br>                    Defendant. | Case Number 10-cv-05085 JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

On December 1, 2010, Plaintiff filed an application to proceed *in forma pauperis* in the instant action.[2] The application will be granted. Accordingly, IT IS HEREBY ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of the complaint and this order upon Defendant.

DATED: December 3, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

[2] Plaintiff filed an unsigned application on November 10, 2010. An amended copy was filed with the Court on December 1, 2010.

Case No. 10-cv-05085 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. 10-cv-05085 JF
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)