1

HARVEY P. SACKETT (72488)

2

**SACKETT**
**AND HERRERA**
A PROFESSIONAL LAW CORP.

3

4

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

5

6

7

8

Attorney for Plaintiff

9

/jgl

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14

DORIS P. LAGASCA,                             )   Case No:  5:10-cv-05085-~~JF~~ EJD

15                                                            )

        Plaintiff,                                       )

16                                                            )

v.                                                              )   STIPULATION AND ORDER

17                                                            )

MICHAEL J. ASTRUE,                          )

18 Commissioner,                                   )

19 Social Security Administration,        )

                                                                 )

20         Defendant.                                  )

                                                                 )

21 _____ )

22

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff

23

shall have a first extension of time of (45) days up through and including Monday, May 30, 2011

24

in which to e-file her Motion for Summary Judgment.  This extension is necessitated by recent

25

staff changes, as well as the number of cases (6) the firm presently has pending before this and

26

other district courts that require briefing.

27

28

1

STIPULATION AND ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MELINDA L. HAAG
United States Attorney

Dated: April 11, 2011                              _/s/_____
ELIZABETH BARRY
Special Assistant U.S. Attorney

Dated: April 11, 2011                              _/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
DORIS P. LAGASCA

IT IS SO ORDERED.

Dated: 5/6/2011                                    _____
HON. ~~JEREMY FOGEL~~ Edward J. Davila
United States District Judge

2

STIPULATION AND ORDER