MELINDA L. HAAG CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORIS P. LAGASCA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CASE NO.: C10-5085 EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until July 29, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

　　This is Defendant's first request for an extension of time in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 29, 2011　　　　　　　　*/s/ Harvey P. Sackett*
　　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
2  Dated: June 29, 2011

                          MELINDA L. HAAG
                          United States Attorney

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 30, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE